08CV4738
JUDGE LINDBERG
MAG. JUDGE VALDEZ

O SE LITIGANTS
N DISTRICT OF ILLINOIS

*FILED AUG 20 2008 MICHAEL W. DOBBINS, CLERK, U.S. DISTRICT COURT*

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

NAME: Ernestine L. Ali
(Please print)

STREET ADDRESS: 3640 173 Ct. P.O. Box 1277

CITY/STATE/ZIP: Oak Park, IL. 60304

PHONE NUMBER: 847-452-4943

CASE NUMBER: _____

_Ernestine L. Ali_　　　　　　　8-18-08
　　Signature　　　　　　　　　　　Date