## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | George W. Lindberg | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 4738 | **DATE** | 8/25/2008 |
| **CASE TITLE** | Ali vs. Chicago Transit Authority, et al. | | |

**DOCKET ENTRY TEXT**

Plaintiff's application to proceed in forma pauperis [5] is granted. Plaintiff's motion for appointment of counsel [4-2] is denied, without prejudice, because Plaintiff does not indicate that she has made any efforts to retain counsel to represent her in this action. See Zarnes v. Rhodes, 64 F.3d 285, 288 (7th Cir. 1995).

Docketing to mail notices.

| | Courtroom Deputy Initials: | |
|---|---|---|

Case 1:08-cv-04738    Document 6    Filed 08/25/2008    Page 1 of 1

08C4738 Ali vs. Chicago Transit Authority, et al.                                                              Page 1 of 1