**FILED**
**AUGUST 25, 2008**
**MICHAEL W. DOBBINS**
**CLERK, U.S. DISTRICT COURT**

RECEIVED
Aug 20 2008
AUG 20 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS
_____ DIVISION

Ernestine L. Ali
P.O. Box 1277 Oak Park IL 60304
(Name of the plaintiff or plaintiffs)

v.

CTA 567 W. Lake St.
Chicago, IL. 60661
Please see attached
list for Defendants names.
(Name of the defendant or defendants)

CIVIL ACTION

08CV4738
JUDGE LINDBERG
MAG. JUDGE VALDEZ

## COMPLAINT OF EMPLOYMENT DISCRIMINATION

1. This is an action for employment discrimination.

2. The plaintiff is Ernestine L. Ali of the county of Cook in the state of IL.

3. The defendant is CTA, who resides at (street address) 567 W. Lake St. (city) Chicago (county) Cook (state) IL. (ZIP) 60601 (Defendant's telephone number) (312) - 664-7200

4) The plaintiff sought employment or was employed by the defendant at

(street address) 567 Lake St.

(city) Chicago (county) Cook (state) IL. (ZIP code) 60601

5. The plaintiff [check one box]

(a) ☐ was denied employment by the defendant.

(b) ☐ was hired and is still employed by the defendant.

(c) ☒ was employed but is no longer employed by the defendant.

6. The defendant discriminated against the plaintiff on or about, or beginning on or about, (month) 11, (day) 01, (year) 06.

7. (a) The plaintiff [check one box] ☒ has not filed a charge or charges against the defendant ☐ has asserting the acts of discrimination indicated in this complaint with any of the following government agencies:

   (i) ☒ the United States Equal Employment Opportunity Commission on or about (month) 6 (day) 18 (year) 08.

   (ii) ☒ the Illinois Department of Human Rights on or about (month) 7 (day) 25 (year) 08.

(b) If charges *were* filed with an agency indicated above, a copy of the charge is attached. ☒ YES ☐ NO

It is the policy of both the Equal Employment Opportunity Commission and the Illinois Department of Human Rights to cross-file with the other agency all charges received. The plaintiff has no reason to believe that this policy was not followed in this case.

8. (a) ☐ the United States Equal Employment Opportunity Commission has not issued a *Notice of Right to Sue.*

(b) ☒ the United States Equal Employment Opportunity Commission has issued a *Notice of Right to Sue*, which was received by the plaintiff on (month) 7 (day) 15 (year) 08 a copy of which *Notice* is attached to this complaint.

9. The defendant discriminated against the plaintiff because of the plaintiff's [check all that apply]

   (a) ☒ Age (Age Discrimination Employment Act).

   (b) ☐ Color (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

   (c) ☐ Disability (Americans with Disabilities Act)

   (d) ☐ National Origin (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

   (e) ☒ Race (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

   (f) ☒ Religion (Title VII of the Civil Rights Act of 1964)

   (g) ☒ Sex (Title VII of the Civil Rights Act of 1964)

10. The plaintiff is suing the defendant, a state or local government agency, for discrimination on the basis of race, color, or national origin (42 U.S.C. §1983).

    ☐ YES   ☐ NO

11. Jurisdiction over the statutory violation alleged is conferred as follows: over Title VII claims by 28 U.S.C. §1331, 28 U.S.C. §1343(a)(3), and 42 U.S.C. §2000e-5(f)(3); over 42 U.S.C. §1981 and §1983 by 42 U.S.C. §1988; over the A.D.E.A. by 42 U.S.C. §12117.

12. The defendant [check all that apply]

    (a) ☐ failed to hire the plaintiff.

    (b) ☒ terminated the plaintiff's employment.

    (c) ☒ failed to promote the plaintiff.

    (d) ☐ failed to reasonably accommodate the plaintiff's religion.

    (e) ☐ failed to reasonably accommodate the plaintiff's disabilities.

(f) [X]  other (specify): Fail to stop Job Harassment and Retaliated Against me for Asserting Rights for Protected by the law. I was charged with misses when I was not late. I was charged with excessive violations, procedurals, safety violations, and behavial violations on a continuous bases. I was taken out of services and not payed etc.

13. The facts supporting the plaintiff's claim of discrimination are as follows:

My Doctor said I was fit for duty. CTA doctor said I was not fit for duty. CTA doctor put me on short term disability. CTA doctor didn't tell cms to pay me for putting me off work, and 241 union continuously throw out my Grievances.

14. [AGE DISCRIMINATION ONLY] Defendant knowingly, intentionally, and willfully discriminated against the plaintiff.

15. The plaintiff demands that the case be tried by a jury.   [X] YES   [ ] NO

16. THEREFORE, the plaintiff asks that the court grant the following relief to the plaintiff [check all that apply]

(a) [ ]  Direct the defendant to hire the plaintiff.

(b) [ ]  Direct the defendant to re-employ the plaintiff.

(c) [X]  Direct the defendant to promote the plaintiff.

(d) [ ]  Find that the defendant failed to reasonably accommodate the plaintiff's religion.

(e) [X]  Find that the defendant failed to reasonably accommodate the plaintiff's disabilities.

(f) [X]  Direct the defendant to (specify): Why was I being Investagated 24 Hours a day 7 days a week per. my Employer Request. Why was my actives with my Heath care

Direct Employer to Pay For Psychiatric treatment with chemical testing of my choice Free of Interference, or contact until testing is complete.

Providers being monitor by the Insurance Company and then Reported back to CTA/Attys. Why did CTA/cms/special task Force make contact with my Health care providers to Bill and not treat me. Why was a Psychiatrist Report showed to Health Providers by someone who Never talk to me as a patient, and How was this Information given to CTA. Also

(g) ☒ If available, grant the plaintiff appropriate injunctive relief, lost wages, liquidated/double damages, front pay, compensatory damages, punitive damages, prejudgment interest, post-judgment interest, and costs, including reasonable attorney fees and expert witness fees.

(h) ☒ Grant such other relief as the Court may find appropriate.

(Plaintiff's signature) _Ernestine L. Ali_

(Plaintiff's name) _ERNESTINE L. ALI_

(Plaintiff's street address) _P.O. Box 1277_

(City) _Oak Park_ (State) _IL_ (ZIP) _60304_

(Plaintiff's telephone number) (___) - _____

# ILLINOIS DEPARTMENT OF
# Human Rights

Rod R. Blagojevich, Governor
Rocco J. Claps, Director

July 25, 2008

Ms. Ernestine L. Ali
P.O. Box 1277
Oak Park, IL 60304

**Re: Ali v Chicago Transit Authority, Control No.: 090723137**

Dear Complainant:

The United States Equal Employment Opportunity Commission (EEOC) and the Illinois Department of Human Rights (Department) are parties to a cooperative agreement. Under this agreement, when you filed your charge of discrimination with the EEOC it was automatically filed with the Department. The Department is keeping a copy of your EEOC charge on file to preserve jurisdiction under Illinois law.

This letter is to inform you that you may proceed with your charge at the Department. **This does not affect the processing of your charge at EEOC.** If you wish to proceed with the Department, you must notify the Department in writing of your decision, either by mail or in person, within 35 days of receipt of this letter. **Please include the Control Number indicated above on the letter you send to the Department regarding this charge.**

**By Mail:** Your written decision should be sent via U.S. Postal certified mail, return receipt requested, to: IL Department of Human Rights, Attn: EEOC Referred Charges/Intake Unit, 100 W. Randolph St., Ste. 10-100, Chicago, IL 60601.

**In Person:** You must bring an original and one copy of your written decision. The Department will stamp the copies and one will be returned to you for your records.

You should also provide to the Department (Attn: EEOC Referred Charges/Intake Unit) a copy of the EEOC Determination and Findings as soon as you receive them from the EEOC. When the Department receives your documents, you will be mailed a letter containing additional information about your case.

Your failure to timely notify the Department of your decision will result in the Department closing your file. If you do not wish to proceed with the Department, you do not need to take any further action.

As stated above, this letter does not affect the processing of your charge at the EEOC, and does not apply to any settlement of this charge the parties have made with the EEOC. **If you have any questions regarding this process, please contact Thomas F. Roeser, Pre-Investigations Coordinator, at (312) 814-6295. Please do not contact the EEOC.** It is not necessary that Respondent take any action at this time.

THE DEPARTMENT OF HUMAN RIGHTS

CC: Director of Human Resources
    Chicago Transit Authority
    567 W. Lake Street
    Chicago, IL 60661

Rev 10/07

EEOC Form 151 (2/08)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

### DISMISSAL AND NOTICE OF RIGHTS

To: Ernestine L. Ali
P.O. Box 1277
Oak Park, IL 60304

From: Chicago District Office
500 West Madison St
Suite 2800
Chicago, IL 60661

CERTIFIED MAIL: #7099 3400 0014 4053 7835

[ ] On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))

EEOC Charge No.: 440-2008-06328

EEOC Representative: Jacquelyn Harrison, Investigator

Telephone No.: (312) 353-8658

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[X] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other (briefly state)

### - NOTICE OF SUIT RIGHTS -
(See the additional information attached to this form.)

**Title VII, the Americans with Disabilities Act, and/or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a state claim may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

John P. Rowe, District Director

7/10/08
(Date Mailed)

Enclosures(s)

cc: CHICAGO TRANSIT AUTHORITY

EEOC Form 5 (5/01)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | 440-2008-06328 |
| Illinois Department Of Human Rights | | and EEOC |
| *State or local Agency, if any* | | |

| Name (Indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Ms. Ernestine L. Ali | (708) 743-4106 | 12-25-1963 |

Street Address: P.O. Box 1277, Oak Park, IL 60304

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| CHICAGO TRANSIT AUTHORITY | 500 or More | (312) 681-2238 |

Street Address: 567 W Lake St, Chicago, IL 60661

DISCRIMINATION BASED ON (Check appropriate box(es).)

☐ RACE  ☐ COLOR  ☒ SEX  ☒ RELIGION  ☐ NATIONAL ORIGIN
☒ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ OTHER

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 05-16-2008   Latest: 05-16-2008

☐ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I was hired by Respondent on September 6, 2001. My current position is Bus Operator. On May 16, 2008 I was disciplined.

I believe I have been discriminated against because of my sex, female, and my religion, Muslim, in violation of Title VII of the Civil Rights Act of 1964, as amended.

I also believe I have been retaliated against for engaging in a protected activity, in violation of Title VII of the Civil Rights Act of 1964, as amended.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

Jun 18, 2008 — Ernestine L. Ali (Charging Party Signature)

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year)

```
                        STATE OF ILLINOIS
                   DEPARTMENT OF EMPLOYMENT SECURITY
REPORT NO: RBI01020   UI CLAIMANT WAGE INFORMATION SHEET            1107
MAILING DATE: 07/31/2008                              CLAIM DATE: 07/27/2008

CLAIMANT ID:                                          DEPENDENTS:
                      ERNESTINE L. ALI                NONE
                      PO BOX 1277
CLAIM STATUS:         OAK PARK , IL       60304       TYPE OF CLAIM:
  INITIAL                                               NEW

PROGRAM: STATE        BENEFIT YEAR END: 07/26/2009    SUB-PROGRAM: REG

OTHER-IDS:                                            PHONE:

LAST DAY OF WORK: 05/12/2008   UNEMPLOYMENT REASON: DISCHARGED
```

**YOUR BI-WEEKLY CALL DAY IS MONDAY        YOUR NEXT FILING DATE IS 08-11-2008**

```
                       STATEMENT OF BENEFIT RIGHTS

                            BASE PERIOD QUARTERS AND WAGES PAID
        EMPLOYER NAME      2-2007      3-2007      4-2007      1-2008

   CHICAGO TRANSIT AUTHORITY  5,909.00    1,135.06   11,540.36   12,187.96
                            ----------  ----------  ----------  ----------
        TOTALS              5,909.00    1,135.06   11,540.36   12,187.96

************************************************************************
*   YOU CAN NOW ELECT TO HAVE YOUR UI BENEFIT PAYMENT DEPOSITED DIRECTLY INTO  *
*   YOUR BANK ACCOUNT OR TO AN IDES ISSUED DEBIT CARD.  TO BEGIN THE PROCESS,  *
*   CONTACT YOUR LOCAL OFFICE OR VISIT THE IDES WEBSITE AT WWW.IDES.STATE.IL.US *
************************************************************************
```

(Pending)

```
    WEEKLY BENEFIT AMOUNT: $369.00     MAXIMUM BENEFIT BALANCE: $9,594.00

    DEPENDENT ALLOWANCE:      .00
                           --------
YOUR BENEFIT AMOUNT PER WEEK: $369.00
```

COMMENTS    YOU ELECTED TO HAVE FEDERAL INCOME TAX DEDUCTED AND WITHHELD FROM
            YOUR UNEMPLOYMENT INSURANCE BENEFITS. THEREFORE, 10% OF YOUR NET
            BENEFIT AMOUNT WILL BE WITHHELD FROM ANY BENEFITS PAYABLE ON OR
            AFTER AUGUST 7, 2001.
            YOU ELECTED TO HAVE STATE INCOME TAX DEDUCTED AND WITHHELD FROM
            YOUR UNEMPLOYMENT INSURANCE BENEFITS. THEREFORE, 3% OF YOUR NET
            BENEFIT AMOUNT WILL BE WITHHELD FROM ANY BENEFITS PAYABLE ON OR
            AFTER JANUARY 1, 2006.

(Item - AO440 (Rev. 05/00) Summons)

List of Names and Addresses

1.) Darrell Jefferson — Local 241 Union
2.) John Bayer    20 South Clark St
3.)     Chicago, IL - 60603
    312-341-1733

1.) Michael Wallace — CTA North Park Garage
2.) Charlotte Anderson    3112 W. Foster Ave.
3.)     Chicago, IL.

1.) Keith Murray — CTA Chicago Garage
2.) Shawn Bennitt    642 N. Pulaski Rd
3.) Talavera Hipolipo - Bg. 25095    Chicago, IL. 60624
4.) ~~illegible~~    773-265-0454

1.) Randy Rodgers — CTA 74th St. Garage
2.) Roosevelt Coley - Bg. 30071    1815 West 74th St.
3.)     Chicago, IL. 60636
    773-925-2500

1.) Mike Sulaskus — CTA Archer Garage
2.)    2600 W. Pershing
3.)    Chicago, IL.